In the Matter of the Application of Walton Harrison for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application for the Removal from Office of John Rodgers, a Justice of the Peace of the Town of Woodbury, Orange County, New York State.— Application referred to Mr. N. Deyo Belknap, of Newburgh, N. Y., to hear and to report to the court with his opinion. Order signed. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

In the Matter of the Accounting of Theodore H. Silkman and Others, as Executors, etc., of Adolph F. Braidich, Deceased.— Order resettled *nunc pro tunc* as of the date of July 23, 1907, to the extent of striking out the recital in parenthesis at folio 31, "a majority of this Court concurring." In other respects motion to resettle denied, without costs, this without prejudice to proceedings already had on the appeal from this court. Present —Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Celia Kister, Appellant, v. Samuel B. Pollak and Another, Respondents.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Ludviska H. Larsen, as Administratrix, etc., Respondent, v. United States Mortgage and Trust Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Ella P. Malane, Respondent, v. Mary C. Hawkes, Appellant.— Motion to open default denied and appeal dismissed, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Augustus Mott, Respondent, v. Katharine S. Mott, Appellant.— Motion to dismiss appeal denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Leon A. Mott and Others, Appellants, v. Emma H. Mott, Respondent.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Rilla Munro, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ. Settle order on notice.

New York and Queens Electric Light and Power Company, Appellant, v. John R. Carpenter and Others, Respondents.— Motion denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Westervelt Prentice, Appellant, v. Maurice Sommer, Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

The People of the State of New York ex rel. Charles C. Robesch, Relator, v. The President of the Borough of Queens, etc., Respondent.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.